ORIGINAL

| | |
|---|---|
| MANUELA ALBUQUERQUE, City Attorney | SBN 67464 |
| MARK J. ZEMBSCH, Deputy City Attorney | SBN 127901 |

MZembsch@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX: (510) 981-6960

**FILED**
MAR 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant CITY OF BERKELEY

HAMID KONDAZI
3370 N. Lucille Lane
Lafayette, CA 94549-5447
TEL: (925) 283-2996

In Pro Per

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAMID KONDAZI,** | NO. C 06-07856 CRB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ENTIRE COMPLAINT WITH PREJUDICE** |
| v. | |
| **CITY OF BERKELEY and DOES 1-10,** | |
| Defendants. | |

### STIPULATION

Plaintiff, In Pro Per, and defendant, through its attorneys of record herein, hereby stipulate that the entire Complaint is dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

Dated: March 8, 2007

Respectfully submitted:

MANUELA ALBUQUERQUE, City Attorney

By: _____
MARK J. ZEMBSCH
Attorneys for Defendant City of Berkeley

1

1 | Dated: March 8, 2007.

By: _____
Hamid Kondazi, *In Propria Persona*

### ORDER

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated: March 15, 2007

_____
CHARLES R. BREYER
United States District Judge

PROOF OF SERVICE
CCP §1011, 1012, 1013a, 1013(a),(b)
FED.R.CIV.P.5 [Rev. 7/95]

CASE NAME:    KONDAZI v. CITY OF BERKELEY
COURT:        US District Court, Northern District, San Francisco Division
CASE NO.:     C 06 07856 CRB

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 2180 Milvia Street, Fourth Floor, Berkeley, California 94704. On this date, I served the following document(s):

**STIPULATION AND ORDER TO DISMISS ENTIRE COMPLAINT WITH PREJUDICE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

Hamid Kondazi           (In Pro Per)
3370 N. Lucille Lane
Lafayette, CA 94549-5447

__X__:  By First Class Mail - I am readily familiar with the firms' practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Berkeley, California, for mailing to the office of the addressee following ordinary business practices.

____:  By Personal Service - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____:  By Overnight Courier - I caused each such envelope to be given to an overnight mail service at Berkeley, California, to be hand delivered to the office of the addressee on the next business day.

____:  By Facsimile - I caused each such documents to be transmitted to the office of the addressee following ordinary business practices in compliance with applicable rules of civil procedure and rules of court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2007, at Berkeley, California.

JOANNA K. RUDY

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAMID KONDAZI,

      Plaintiff,

v.

CITY OF BERKELEY et al,

      Defendant.
                                  /

Case Number: CV06-07856 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hamid Kondazi
3370 N. Lucille Ln.
Lafayette, CA 94549-5447

Mark J. Zembsch
City Attorney's Office
2180 Milvia Street
Fourth Floor
Berkeley, CA 94704

Dated: March 16, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk